Jonathan D. Perry
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Tel:    (212) 698-3500
Fax:    (212) 698-3599
jonathan.perry@dechert.com

Steven B. Feirson
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104
Tel:    (215) 994-4000
Fax:    (215) 994-2222
steven.feirson@dechert.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ROYAL PALM INSURANCE COMPANY,            :
                                         :
            Plaintiff,                   :
                                         :
      -against-                          :
                                         :         08 CV 11232 (AKH)
GUY CARPENTER & COMPANY, INC.,           :
                                         :
            Defendant,                   :
------------------------------------------------------------x
GUY CARPENTER & COMPANY, LLC,            :
successor to Guy Carpenter & Company, Inc., :
                                         :
            Counterclaim Plaintiff,      :
                                         :
      -against-                          :
                                         :
ROYAL PALM INSURANCE COMPANY,            :
                                         :
            Counterclaim Defendant.      :
------------------------------------------------------------x

**DEFENDANT'S AND COUNTERCLAIM PLAINTIFF'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Counterclaim Plaintiff Guy Carpenter & Company, LLC, the successor to Defendant Guy Carpenter & Company, Inc., through its attorneys, Dechert LLP, states that it is wholly-owned by its parent corporation, Marsh & McLennan Companies, Inc.

Dated: New York, New York
       January 27, 2009

                          DECHERT LLP

By:    /s/ Jonathan D. Perry
       Jonathan D. Perry
       1095 Avenue of the Americas
       New York, New York 10036
       Tel:   (212) 698-3500
       Fax:   (212) 698-3599
       jonathan.perry@dechert.com

       Steven B. Feirson
       Cira Centre
       2929 Arch Street
       Philadelphia, PA  19104
       Tel:   (215) 994-4000
       Fax:   (215) 994-2222
       steven.feirson@dechert.com

       GUY CARPENTER & COMPANY, LLC
       Melvin A. Schwarz
       General Counsel
       One Madison Avenue
       New York, New York 10010
       Tel: (917) 937-3329
       Fax: (917) 937-3829
       mel.schwarz@guycarp.com

*Attorneys for Defendant Guy Carpenter & Company, Inc. and Counterclaim Plaintiff Guy Carpenter & Company, LLC*