# ≡FOLEY

FOLEY & LARDNER LLP



MEMO ENDORSED

July 27, 2009

**ATTORNEYS AT LAW**

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
foley.com

WRITER'S DIRECT LINE
212.338.3523
sbober@foley.com EMAIL

**BY HAND**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1050
New York, NY 10007-1312

RECEIVED JUL 2 2009 ALVIN K. HELLERSTEIN

*The revised schedule is approved. The Second case mgmt conf. is adjourned to Nov. 20, 2009 @ 10:00 a.m.
7.27.09*

/s/ AKH

Re: *Royal Palm Ins. Co. v. Guy Carpenter & Co., Inc.*, Civil Case No. 08-11232 (AKH)

Dear Judge Hellerstein:

We represent Plaintiff/Counterclaim Defendant Royal Palm Insurance Company in the above-referenced action. We respectfully request that certain of the discovery dates set forth in the Civil Case Management Plan entered in this action on May 1, 2009, and attached hereto as Exhibit A, be extended to the dates set forth in the proposed Civil Case Management Plan ("Proposed Plan"), attached hereto as Exhibit B. Specifically, the Proposed Plan provides the parties with an additional thirty days to complete discovery, thereby extending the close of non-expert discovery from September 30, 2009 until November 2, 2009, and modifying the remaining deadlines as follows:

- Last day to file dispositive motions: Extended from October 30, 2009 to December 2, 2009.
- Settlement conference between parties: Extended from October 1, 2009 until November 3, 2009.
- Service of requests to admit: Extended from on or before August 1, 2009 until on or before September 15, 2009.
- Issuance of third-party subpoenas: Extended from on or before August 1, 2009 until on or before September 15, 2009.
- Service of notices of deposition: Extended from on or before August 15, 2009 to on or before September 15, 2009.
- Service of interrogatories: Extended from on or before August 31, 2009 to on or before September 30, 2009.

Additionally, we respectfully request that the Second Case Management Conference, currently scheduled for October 9, 2009 at 9:45 a.m., be rescheduled for a time that accommodates the Proposed Plan.

BOSTON          JACKSONVILLE    NEW YORK            SAN FRANCISCO
BRUSSELS        LOS ANGELES     ORLANDO             SHANGHAI
CENTURY CITY    MADISON         SACRAMENTO          SILICON VALLEY
CHICAGO         MIAMI           SAN DIEGO           TALLAHASSEE
DETROIT         MILWAUKEE       SAN DIEGO/DEL MAR   TAMPA
TOKYO
WASHINGTON, D.C.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/09


FOLEY & LARDNER LLP

Page 2

      No previous request for an adjournment or extension of time has been made. Further, counsel for Defendant Guy Carpenter & Company, Inc. and Counterclaim Plaintiff Guy Carpenter & Company, LLC consents to this request for an extension of time and adjournment of the Second Case Management Conference, and agrees to the dates set forth in the Proposed Plan. Accordingly, we respectfully request that the Court enter the Proposed Plan and adjourn the Second Case Management Conference.

                                      Respectfully submitted,

                                      Sandra A. Bober

Attachments

cc:     Jonathan D. Perry, Esq.
        Dechert LLP
        1095 Avenue of the Americas
        New York, NY 10036

        Steven B. Feirson, Esq.
        Dechert LLP
        Circa Centre
        2929 Arch Street
        Philadelphia, PA 19104

        *Attorneys for Defendant Guy*
        *Carpenter & Company, Inc.,*
        *and Counterclaim Plaintiff*
        *Guy Carpenter & Company, LLC*

# EXHIBIT A