UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
::
ROYAL PALM INSURANCE COMPANY,  :
:  **SUMMARY ORDER GRANTING**
                Plaintiff,  :  **PLAINTIFF'S MOTION FOR**
:  **SUMMARY JUDGMENT AND**
   -against-  :  **DENYING DEFENDANT'S MOTION**
:  **FOR SUMMARY JUDGMENT**
:
GUY CARPENTER & COMPANY, INC.,  :  08 Civ. 11232 (AKH)
:
                Defendant.  :
------------------------------------------------------------ x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
GUY CARPENTER & COMPANY, LLC,  :
:
                Counter-Plaintiff,  :
:
   -against-  :
:
:
ROYAL PALM INSURANCE COMPANY,  :
:
                Counter-Defendant.  :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On May 21, 2010, the parties appeared before me for oral argument on their cross-motions for summary judgment. For the reasons stated on the record, Royal Palm's motion for summary judgment is granted. Guy Carpenter's motion is denied.

       Consistent with my rulings on the record, the parties shall submit to the Court, by June 4, 2010, a joint letter establishing (1) the basis for this Court's jurisdiction; (2) when Guy

1

Carpenter should have forwarded payment(s) to Royal Palm for shared brokerage; and (3) the amount of the judgment that should be entered against Guy Carpenter with interest to be calculated from such date(s). Any disputes between the parties on these issues should be presented to the Court, by June 4, 2010, in a joint letter setting forth each party's position on the disputed issue(s).

The Clerk shall mark the motions (Doc. Nos. 16 & 20) as terminated and the case as closed. The Clerk shall await the Court's further order before entering judgment.

SO ORDERED.

Dated:   May 21, 2010
         New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge